IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| HIGHPOINT PARTNERS, LLC, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. CIV-13-687-D |
| ) | |
| PATHFINDER/LL&D INSURANCE ) | |
| GROUP, LLC, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**O R D E R**

The Tenth Circuit recently held that the citizenship of a limited liability company (LLC) is the citizenship of all members. *See Siloam Springs Hotel, L.L.C. v. Century Sur. Co.*, No. 14-6119, 2015 WL 1430335, *4 (10th Cir. March 31, 2015) (to be published). Shortly after removal, the Court directed the removing defendant in this case to amend its notice of removal to identify the citizenship of all LLC parties by reference to their members. Although Defendant Lexington Insurance Company attempted to comply with this directive, it did so utilizing publicly available records that may not have identified the current members of all LLC parties. Also, although the LLC parties subsequently filed disclosure statements, they did comply with LCvR7.1.1 but used a form appropriate for corporations. Accordingly, these filings also do not identify the membership or citizenship of the LLC parties.

IT IS THEREFORE ORDERED that all parties organized as an LLC shall file a disclosure statement in compliance with LCvR7.1.1 within seven days from the date of this Order.

IT IS SO ORDERED this 9th day of April, 2015.

_____
TIMOTHY D. DeGIUSTI
UNITED STATES DISTRICT JUDGE