IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| HIGHPOINT PARTNERS, LLC, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. CIV-13-687-D |
| | ) | |
| PATHFINDER/LL&D INSURANCE GROUP, LLC, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**O R D E R**

The Court has reviewed the amended disclosure statements filed by all plaintiffs, each of which is a limited liability company (LLC), and one defendant LLC. None of the statements is sufficient to satisfy the Court's inquiry into whether complete diversity of citizenship exists under *Siloam Springs Hotel, L.L.C. v. Century Surety Co.*, No. 14-6119, 2015 WL 1430335, (10th Cir. March 31, 2015) (to be published).

Plaintiffs identify the members of Hipoint Partners, LLC to be other entities, including other LLCs and a trust. The members of the constituent LLCs are not identified, and no facts establishing the citizenship of these entities are stated. "[W]here an LLC has, as one of its members, another LLC, the citizenship of unincorporated associations must be traced through however many layers of . . . members there may be to determine the citizenship of the LLC." *Zambelli Fireworks Mfg. Co., Inc. v. Wood*, 592 F.3d 412, 420 (3d Cir. 2010) (internal quotation omitted) (followed in *Siloam Springs*). Depending on a trust's structure or role, its citizenship may be that of the trustee or the trust's beneficiaries. *See Conagra Foods, Inc. v. Americold Logistics, LLC*, 776 F.3d 1175, 1178 (10th Cir. 2015).

Defendant Pathfinder/LL&D Insurance Group, LLC identifies its members (referred to as its shareholders) as a partnership and a corporation. The members of the partnership are identified, and Defendant states that these individuals are not citizens of Oklahoma, which appears to be Plaintiffs' state of citizenship. But no facts are stated regarding the citizenship of the corporation under 28 U.S.C. § 1332(c)(1).

IT IS THEREFORE ORDERED that the LLC parties shall file second amended disclosure statements within seven days of this Order, setting forth sufficient information about the citizenship of their constituent members to establish federal subject matter jurisdiction.

IT IS SO ORDERED this 17th day of April, 2015.

TIMOTHY D. DEGIUSTI
UNITED STATES DISTRICT JUDGE